NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

AUG 14 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10227 |
| Plaintiff-Appellee, | D.C. No. 2:13-cr-01709-GMS |
| v. | |
| LUIS ARMANDO CRUZ-GALVAN, a.k.a. Armando, a.k.a. Luis Armando Cruz, a.k.a. Panda, a.k.a. Kung Fu Panda, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted August 9, 2017[**]

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

Luis Armando Cruz-Galvan appeals from the district court's judgment and

challenges his guilty-plea convictions and 121-month concurrent sentences for

conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§§ 841(a)(1), (b)(1)(A)(vii), and 846, and conspiracy to launder monetary instruments, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), (h). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Cruz-Galvan's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Cruz-Galvan has filed a pro se supplemental brief. No answering brief has been filed.

Cruz-Galvan waived his right to appeal his conviction, sentence, and the order of forfeiture. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**